UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),        Criminal No. 10-20110

v.        Honorable Avern Cohn

D-1, EDUARDO GAMEZ-SOTO,

        Defendant(s).
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL

Before the Court is the above referenced motion filed by defendant Eduardo Gamez.-Soto. The defendant seeks to adjourn the trial date, scheduled for June 07, 2010, by ninety days in order to review discovery and resolve outstanding issues. The government has no objection to the adjournment. The Court being fully advised in the premises,

IT IS ORDERED that the trial date be continued from **June 07, 2010** to **Monday, September 13, 2010 at 9:00 a.m.**

IT IS FURTHER ORDERED that the time period from **June 07, 2010** to **September 13, 2010** shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. §3161, because considering the factors listed in section 3161(h)(8)(B) and the reasons given this Court finds that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

    SO ORDERED.

Dated: May 20, 2010           s/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE