UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

                                  Case No. 10-20110
                                  Hon: AVERN COHN

EDUARDO GAMEZ-SOTO,

    Defendant.
_____/

**ORDER DENYING
MOTIONS TO SUPPRESS (DOCS. 37 AND 38)**

A.

For the reasons stated on the record on February 10, 2011, the following motions are DENIED:

    Motion to Suppress Evidence and Traverse Search Warrant and Suppress Evidence Derived Therefrom (Doc. 37)

and

    Motion to Suppress Wire Tap Evidence and Traverse Wire Tap Search Warrant (Doc. 38)

    SO ORDERED.

Dated: February 10, 2011        S/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 10, 2011, by electronic and/or ordinary mail.

                                                        S/Julie Owens
                                                      Case Manager, (313) 234-5160