UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                            Case No. 10-20110
-vs-                                     Hon:  AVERN COHN

D-1, EDUARDO GAMEZ-SOTO,

    Defendant.

_____/

## ORDER

On February 10, 2011, the Court entered an order (Doc. 46) styled

    Order Denying Motions to Suppress (Docs. 37 and 38)

On February 11, 2011, the Court filed a memorandum (Doc. 47) describing the particulars of the record which led to the conclusion underlying the order of February 10, 2011.

On February 14, 2011, defendant filed a motion styled

    Motion for Specific Rulings (Doc. 49)

As best the Court can discern, the motion expresses dissatisfaction with the order and memorandum above described, and asks for reconsideration of each because they are not sufficiently detailed to meet the expectations of defendant.

The Court is satisfied that the reasons for denying defendant's motions to suppress have been adequately explained, and no further explanation is necessary.

Accordingly, defendant's motion is DENIED.

SO ORDERED.

                                         S/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

Dated: February 25, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 25, 2011, by electronic and/or ordinary mail.

                                         S/Julie Owens
                                         Case Manager, (313) 234-5160